IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**  CHAPTER 13:

**Erica L. Johnson**  CASE NO. 12-00069-ee

### APPLICATION FOR EMPLOYMENT OF COUNSEL

COMES NOW, William E. Ballard of Ballard Law, PLLC, and files this Application for Employment of Counsel in the above case. In support thereof, counsel would show unto the Court the following:

1. William E. Ballard of Ballard Law, PLLC was retained by Debtor, Erica L. Johnson, to represent her in a personal injury claim against Hall's Towing, Inc. arising out of a car accident occurring on or about September 15, 2016. In said accident, the vehicle being driven by the debtor was rear-ended by a vehicle owned and operated by Hall's Towing, Inc.

2. Debtor executed a contingency fee contract on September 22, 2016, to employ William E. Ballard, Esq. and Ballard Law, PLLC in connection with her claim against Hall's Towing, Inc. A true and correct copy of the contract/retainer agreement is attached as an Exhibit hereto. The Affidavit of Disinterestedness is also attached.

3. The contingency fee contract provides for a fee of thirty-three and one third percent (33 1/3%) of any recovery, after expenses and costs are deducted.

4. William E. Ballard and Ballard Law, PLLC have no affiliation with the Debtor, creditors or any other parties in interest herein.

WHEREFORE, the undersigned requests that the Court enter an order allowing the employment of William E. Ballard under the provisions set out herein.

RESPECTFULLY SUBMITTED, this the 3rd day of May, 2017

s/William E. Ballard

WILLIAM E. BALLARD, ESQ.
MSB NO. 103332
Ballard Law, PLLC
108 S. President St.
Jackson, MS 39201
Tel: 769-572-5111
Fax: 601-813-0845
Email: will@BallardLaw.ms

## CERTIFICATE OF SERVICE

I, William E. Ballard, Esq., do hereby certify that I have this day filed with the Clerk of this Court, via the ECF system, a true and correct copy of the above and foregoing Application For Employment of Counsel which sent electronic notification of such filing to: the Chapter 13 Trustee, Harold Barkley, Jr., at HJB@HBarkley13.com; The United States Trustee, at USTPRegion05.JA.ECF@usdoj.gov; and the attorney for the debtor, Edwin Woods, Jr., at lwilkinson@bondnbotes.com.

I further certify that I have this day sent, via First Class U.S. Mail postage prepaid, a true and correct copy of the above and foregoing Application of Employment of Counsel to the Debtor, Erica L. Johnson, 2322 Overbrook Dr., Jackson, MS 39213, and all creditors on the attached Creditor Matrix.

DATED, this the 3rd day of May, 2017.

s/William E. Ballard

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 12-00069-ee<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Wed May  3 11:16:03 CDT 2017 | HSBC Bank USA, National Trust Company, as Tr<br>c/o T. Frank Collins<br>Collins & Associates, PLLC<br>100 Webster Circle, Suite 2<br>Madison, MS 39110-7366 | WELLS FARGO HOME MORTGAGE<br>MAC X7801-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |
| U.S. Bankruptcy Court<br>501 East Court Street, Suite 2.300<br>P.O. Box 2448<br>Jackson, MS 39225-2448 | Santander Consumer USA<br>8585 N. Stemmons Frwy Ste 1100-N<br>Dallas, Tx 75247-3822 | 247GreenStreet.com<br>Plaza Commercial Center<br>Bisazza Street<br>Sliema SML1640, Malta |
| Advance America<br>1323 W Government<br>Brandon, MS 39042-3084 | All American<br>1568 W Government St<br>Brandon, MS 39042-2407 | American InfoSource LP as agent for<br>InSolve Recovery, LLC<br>PO Box 269093<br>Oklahoma City, OK  73126-9093 |
| Ameriloan<br>46 State Street<br>Albany, NY 12207-2851 | CASHCALL, INC.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVE., STE. 400<br>SEATTLE, WA 98121-3132 | CITICARDS<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| Cash Depot<br>136 Pearson Road<br>Pearl, MS 39208 | Cash Depot of MS LLC<br>PO Box 3073<br>Cordova, TN 38088-3073 | Credit First NA<br>PO Box 818011<br>Cleveland OH 44181-8011 |
| Easy Money<br>EMG Payday Loans<br>401 Cross Park Dr<br>Pearl, MS 39208-8970 | Express Check Advance<br>3188 W Northside Drive<br>Jackson, MS 39213-4516 | Express Check Advance, LLC<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| Family Check Advance<br>3204 Service Dr<br>Pearl, MS 39208-3527 | Firestone<br>Po Box 81307<br>Cleveland, OH 44181-0307 | First Amer CRS<br>16122 Lakeshore Blvd<br>Cleveland, OH 44110-4003 |
| First Premeir Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | GEMB/JC Penney<br>PO Box 981402<br>El Paso, TX 79998-1402 | GEMB/Walmart<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Household Bank<br>12447 SW 69th Ave<br>Portland, OR 97223-8517 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | MS Telco Federal CU<br>PO Box 97997<br>Pearl, MS 39288-7997 |
| Mississippi Department of Revenue<br>Attn: Bankruptcy Section<br>P. O. Box 22808<br>Jackson, MS 39225-2808 | National Cash Advance<br>2411 Hwy 80 E<br>Pearl, MS 39208-3344 | PLS Loan Store<br>901 Lakeland Place<br>Flowood, MS 39232-6633 |

| | | |
|---|---|---|
| PaydayMax Ltd<br>Suite 201, 15225 Thrift Avenue<br>White Rock, British Columbia V3B 2K9<br>Canada | Pepper Cash<br>PO Box 249<br>Watersmeet, MI 49969-0249 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quick Cash<br>3823 Hwy 80<br>Suite 300<br>Pearl, MS 39208-4279 | Region/AMS<br>PO Box 11007<br>Birmingham, AL 35288-0001 | Sallie Mae<br>1002 Arthur Drive<br>Lynn Haven, FL 32444-1683 |
| Sallie Mae<br>c/o US Attorney<br>501 E Court St Ste 4.430<br>Jackson, MS 39201-5025 | Sallie Mae Inc. on behalf of USA FUNDS<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 | Santander Consumer<br>PO Box 961245<br>Fort Worth, TX 76161-0244 |
| Santander Consumer<br>Po Box 660633<br>Dallas, TX 75266-0633 | Smith Rouchon & Assoc<br>1456 Ellis Ave<br>Jackson, MS 39204-2204 | T Frank Collins, Esquire<br>obo HSBC Bank USA Nat'l Trust Co<br>100 Webster Circle, Suite 2<br>Madison, MS 39110-7366 |
| Thrifty Check Advance<br>2536 Hwy 80 E<br>Pearl, MS 39208-3327 | Tior Capital<br>1489 W Warm Springs Rd<br>Suite 110<br>Henderson, NV 89014-7367 | (p)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |
| Toyota Financial Serv<br>PO Box 790069<br>Saint Louis, MO 63179-0069 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | UMC<br>PO Box 22547<br>Jackson, MS 39225-2547 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC #D3347-014<br>3476 Stateview Blvd<br>Fort Mill, South Carolina 29715-7203 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 |
| Wells Fargo Mortgage<br>PO Box 6427<br>Carol Stream, IL 60197-6427 | Western Sky<br>PO Box 370<br>Timber Lake, SD 57656-0370 | ERICA L. JOHNSON<br>2322 Overbrook Drive<br>Jackson, MS 39213-4730 |
| Edwin Woods Jr.<br>Bond Botes & Woods PC (Byram)<br>5760 I55 North<br>Suite 100<br>Jackson, MS 39211-2651 | Harold J. Barkley Tl Jr.<br>P.O. Box 4476<br>Jackson, MS 39296-4476 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Household Credit Services<br>Po Box 98706<br>Las Vegas, NV 89193 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Tower Loan<br>P.O. Box 320367<br>Flowood, MS 39232-0367 |
| (d)Tower Loan of Pearl<br>448 N Bierdeman Road<br>Pearl, MS 39208 | (d)Tower Loan of Richland<br>801 Hwy 49 South<br>Richland, MS 39218 | Toyota Motor Credit<br>PO Box 8026<br>Cedar Rapids, IA 52408 |

End of Label Matrix
Mailable recipients    55
Bypassed recipients     0
Total                  55